UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

FILED BY eg D.C.
05 JUN 30 PM 3: 16
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CHASE TOLLIVER,

    Plaintiff,

-vs-

ECONOMY BOAT STORE,

    Defendant.

Case No.

05-2456-M1

_____/

## ORDER OF PERMISSION TO PARTICIPATE

The matter having come before the Court upon attorney Dennis M. O'Bryan's Motion and the Court being fully advised in the premises; now therefore;

IT IS HEREBY ORDERED that Dennis M. O'Bryan is given permission to participate in this case.

_____
DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-30-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02456 was distributed by fax, mail, or direct printing on June 30, 2005 to the parties listed.

---

Dennis M. O'Bryan
O'BRYAN BAUN COHEN KUEBLER
401 S. Old Woodward
Ste. 320
Birmingham, MI 48009

Honorable Jon McCalla
US DISTRICT COURT