FILED BY ____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE   05 AUG 16 AM 10: 09
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CHASE TOLLIVER,                     )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )            No. 05-2456 Ml/V
                                    )
ECONOMY BOAT STORE,                 )
                                    )
        Defendant.                  )
                                    )
                                    )

---

ORDER GRANTING MOTION FOR PERMISSION TO PARTICIPATE

---

It is ORDERED that the August 12, 2005, Motion for Permission
to Participate in This Case by Attorney Howard M. Cohen on behalf
the Plaintiff, Chase Tolliver is hereby GRANTED.


ENTERED this ____ day of August, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02456 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Dennis M. O'Bryan
O'BRYAN BAUN COHEN KUEBLER
401 S. Old Woodward
Ste. 320
Birmingham, MI 48009

Howard M. Cohen
O'BRYAN BAUN COHEN
401 S. Old Woodard
Ste. 320
Birmingham, MI 48009

G. Ray Bratton
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Honorable Jon McCalla
US DISTRICT COURT